FILED
CLERK, U.S. DISTRICT COURT
MAY 27 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHELLE LYNN JENNINGS,<br><br>    Petitioner,<br><br>v.<br><br>DEBRA JACQUEZ, WARDEN<br><br>    Respondent. | Case No. EDCV 05-0449 JFW (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: 5/27/08

_____
John F. Walter
United States District Judge