UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE LYNN JENNINGS, | ) | Case No. EDCV 05-449-JFW(AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBRAY JACQUEZ, Warden, | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 5/22/08

_____
John F. Walter
United States District Judge